COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:       01-13-00345-CV

Style:       Willis Floyd Wiley

      **v** American Zurich Insurance Company

Date motion filed[*]:       September 30, 2013

Type of motion:       Motion Opposing Appellee's Second Motion for Extension of Time

Party filing motion:       Appellant

Document to be filed:       _____

Is appeal accelerated?       No

Ordered that motion is:

      ☐     Granted

          If document is to be filed, document due: October 25, 2013

          ☐     The Court will not grant additional motions to extend time

      ☐     Denied

      ☑     Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

      ☐     Other: _____

      **Appellee's second motion for extension of time to file brief of appellee was granted on September 27, 2013, and appellee's brief was filed on October 2, 2013. Accordingly, appellant's motion requesting that we deny appellee's motion is dismissed as moot.**

Judge's signature: /s/ <u>Chief Justice Sherry Radack</u>

      ☒ Acting individually       ☐ Acting for the Court

Panel consists of _____

Date: October 9, 2013

November 7, 2008 Revision